Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
    Charles Anthony Everiss

**Case No.:** 08−19111−aih

**Chapter:** 7

**Address:**
    P.O. Box 786
    Elyria, OH 44036−0786

**Last four digits of Social Security No.:**
    xxx−xx−3294

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** December 2, 2009
Form ohnb234

/s/ Arthur I. Harris
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: lsmit              Page 1 of 2              Date Rcvd: Dec 02, 2009
Case: 08-19111                 Form ID: 234a            Total Noticed: 67


The following entities were noticed by first class mail on Dec 04, 2009.
db            Charles Anthony Everiss,    P.O. Box 786,   Elyria, OH 44036-0786
tr            Marvin A Sicherman,    1100 AmTrust Bank Center,    1801 East 9th Street,
               Cleveland, OH 44114-3169
cr            Firstmerit Mortgage Corporation,    24755 Chagrin Blvd.,    Suite 200,   Cleveland, OH 44122-5690
17914666     +ASC,   MAC X3802-035,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
17914667      ASC/Hazard Ins.,    P.O. Box 5106,    Springfield, OH 45501-5106
17914658     +Alliance 1,    4850 Street Rd Ste 300,    Trevose, PA 19053-6643
17914659     +Allianceone/Columbia Gas,    7311 Quality Cir,    Anderson, IN 46013-2014
17914661     +American Secuity Insurance Co.,    P.O. Box 50355,    Atlanta, GA 30302-0355
17914662     +American Security Ins,    P.O. Box 50355,    Atlanta, GA 30302-0355
17914663     +Americas Servicing Co,    7485 New Horizon Way,    Frederick, MD 21703-8388
17914664     +Americas Servicing Co,    MAC X3802-035,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
17914665      Americas Servicing Co,    3476 St. View Blvd.,    Fort Mill, SC, 29715
17914668      Assoc/FirstEnergy/Ohio Edison,    P.O. Box 9100,    Hopkinton, MA 01748-9100
17914671      City of Cleveland Water Div,    P.O. Box 94540,    Cleveland, OH 44101-4540
17914672     +City of Elyria,    131 Court St.,    Elyria, OH 44035-5511
17914673     +City of Elyria,    131 Court St., #203,    Elyria, OH 44035-5511
17914674     +Cleveland City Hall,    601 Lakeside Ave., #516,    Cleveland, OH 44114-1027
17914676     +Columbia Gas of Ohio,    1684 Woodlands Dr., #15,    Maumee, OH 43537-4093
17914678     +Daniel J. Talarek,    Lorain County Treasurer,    226 Middle Ave.,    Elyria, OH 44035-5643
17914682     +Deutsche Bank/Wells Fargo,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7203
17914683      Division of Water,    P.O. Box 94540,    Clevleand, OH 44101-4540
17914684      Dominion East Ohio Gas,    P.O. Box 6862,    Richmond, GA 44184
17914685     +Elyria Public Utilities,    P.O. Box 4018,    Elyria, OH 44036-2018
18322748     +Elyria Public Utilities,    City of Elyria Law Director’s Office,    131 Court St., Ste. 201,
               Elyria, Ohio 44035-5511
17914689      Empire Fire & Marine Insurance Co.,    P.O. Box 57621,    Jacksonville,l FL 32241-7621
17914690      Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
17914691      Erin M. Laurtio, Esq.,    35 Commercial Way,    Springboro, OH 45066-3078
17914692     +Experian,    PO Box 2104,    Allen, TX 75013-9504
17914693     +First Collection/Windstream,    10925 Otter Creek E Blvd,    Mabelvale, AR 72103-1661
17914694     +Firstmerit Mortgage Co,    4455 Hills And Dales Rd,    Canton, OH 44708-1505
17914695     +Franco M. Barile, Esq.,    1500 W. Third St., #400,    Cleveland, OH 44113-1438
17914701     +HSBC Bank/Renaissance Home Eq,    1675 Palm Beach Lakes Blvd.,    West Palm Beach, FL 33401-2122
17914700     +HSBC Bank/Renaissance Home Eq,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
17914696      Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
17914703     +Huntington National Ba,    7450 Huntington Pk Dr,    Columbus, OH 43235-5617
17914704     +Huntington Natl Bk,    2361 Morse Rd.,    Columbus, OH 43229-5856
17914705     +James L. Sassano, Esq.,    24755 Chagrin Blvd., #200,    Cleveland, OH 44122-5690
17914706      Lori N. Wight, Esq.,    P.O. Box 5480,    Cincinnati, OH 45201-5480
17914710      NCO FN/Ohio Edison,    P.O. Box 15740,    Wilmington, DE 19850-5740
17914711      NEORSD,    P.O. Box 94550,    Cleveland, OH 44101-4550
17914709     +National City,    6750 Miller Rd.,    Brecksville, OH 44141-3239
17914707     +National City Bank,    P.O. Box 5756,    Cleveland, OH 44101-0756
17914708     +National City Bank,    Po Box94982,    Cleveland, OH 44101-4982
17914713     +Northland Goup, Inc.,    P.O. Box 390905,    Edina, MN 55439-0905
17914714     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
17914716     +Ohio Edison,    6896 Miller Rd.,    Brecksville, OH 44141-3222
17914721     +Personal Plumber Svc.,    42343 N. Ridge Rd.,    Elyria, OH 44035-1130
17914722     +S.T.N. Enterprises, LLC,    P.O. Box 491,    Columbia Station, OH 44028-0491
17914723     +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
17914724      The City of Cleveland,    Bldg & Housing Dept,    601 Lakeside Ave., Cleveland, OH 44114
17914725     +The City of Elyria,    131 Court St., #201,    Elyria, OH 44035-5511
17914726     +Thomas J. McGuire, Esq.,    7064 Avon Belden Rd.,    N. Ridgeville, OH 44039-3775
17914727     +Transunion,    PO Box 1000,    Chester, PA 19016-1000
17914728     +US Bank/Wells Fargo Bank,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7203
17948185     +Wells Fargo Bank,    c/o Joel Jensen,    Lerner, Sampson & Rothfuss,    P O Box 5480,
               Cincinnati, OH 45201-5480
17914729     +Wells Fargo Bank/HomEq,    701 Corporate Center Dr.,    Raleigh, NC 27607-5084
17914732      Windstream,    P.O. Box 9001908,    Louisville, KY 40290-1908

The following entities were noticed by electronic transmission on Dec 02, 2009.
17914660      EDI: ALLTEL.COM Dec 02 2009 17:43:00      Alltel,    P.O. Box 530533,    Atlanta, GA 30353-0533
17914670      EDI: CBCSI.COM Dec 02 2009 17:43:00      CBCS,    P.O. Box 164059,    Columbus, OH43216-4059
17914669      EDI: CAPITALONE.COM Dec 02 2009 17:43:00      Capital One Bank,    P.O. Box 30285,
               SLC, UT 84130-0285
17914677      E-mail/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US                            Cuyahoga County Treasurer,
               P.O. Box 94547,    Cleveland, OH 44101-4547
17914702      EDI: HFC.COM Dec 02 2009 17:43:00      HSBC Card Services,    P.O. Box 80084,
               Salinas, CA 93912-0084
17914699     +EDI: HFC.COM Dec 02 2009 17:43:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17914697      EDI: FUNB.COM Dec 02 2009 17:38:00      Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853
17914730     +E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corp,
               14523 Sw Millikan Way Ste 200,    Beaverton, OR 97005-2352
17914731      E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corp,   P.O. Box 1650,
               Portland, OH, 97207-1650
18128359     +E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corporation,
               P.O. Box 1650,    Portland, OR 97207-1650
                                                                                               TOTAL: 10
```

```
District/off: 0647-1          User: lsmit              Page 2 of 2              Date Rcvd: Dec 02, 2009
Case: 08-19111                Form ID: 234a            Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY
cr              HSBC Bank USA
cr              The Huntington National Bank
cr              US Bank National Association
cr              Wells Fargo Bank, N.A.
cr*             Wilshire Credit Corp,    PO Box 1650,    Portland, OR  97207-1650
17914675*      +Cleveland City Hall,    601 Lakeside Ave., #516,    Cleveland, OH 44114-1027
17914679*      +Daniel J. Talarek,    Lorain County Treasurer,    226 Middle Ave.,    Elyria, OH 44035-5643
17914680*      +Daniel J. Talarek,    Lorain County Treasurer,    226 Middle Ave.,    Elyria, OH 44035-5643
17914681*      +Daniel J. Talarek,    Lorain County Treasurer,    226 Middle Ave.,    Elyria, OH 44035-5643
17914686*      +Elyria Public Utilities,    P.O. Box 4018,    Elyria, OH 44036-2018
17914687*      +Elyria Public Utilities,    P.O. Box 4018,    Elyria, OH 44036-2018
17914688*      +Elyria Public Utilities,    P.O. Box 4018,    Elyria, OH 44036-2018
17914712*       NEORSD,    P.O. Box 94550,    Cleveland, OH 44101-4550
17914715*      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
17914717*      +Ohio Edison,    6896 Miller Rd.,    Brecksville, OH 44141-3222
17914718*      +Ohio Edison,    6896 Miller Rd.,    Brecksville, OH 44141-3222
17914719*      +Ohio Edison,    6896 Miller Rd.,    Brecksville, OH 44141-3222
17914720*      +Ohio Edison,    6896 Miller Rd.,    Brecksville, OH 44141-3222
17914698*     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
               (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
17914733*       Windstream,    P.O. Box 9001908,    Louisville, KY 40290-1908
                                                                                          TOTALS: 5, * 16
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2009**                        **Signature:**    *Joseph Speetjens*